**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DO DENIM, LLC,

        Plaintiff,

        Case No. 08 CIV 6518
        (Judge Castel)

   -against-

AFFIDAVIT OF SERVICE

E.K. DENIM GROUP INC.,

        Defendant.
------------------------------------------------------------------X
STATE OF NEW YORK  )
                              S.S.:
COUNTY OF NEW YORK)

      DARRYL GREEN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

      That on the 25th day of July, 2008, at approximately 2:14 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; RULE 7.1 STATEMENT; AND CIVIL COVER SHEET upon E.K. DENIM GROUP INC. at Ha Nesso Jeans, 149 West 36th Street, New York, NY, by personally delivering and leaving the same with MR. HERREA, who informed deponent that he is a Manager authorized by appointment to receive service at that address.

      MR. HERREA is a tan (Hispanic) male, approximately 35 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 180 pounds with black hair and brown eyes.

_____
DARRYL GREEN
#0866535

Sworn to before me this
29th day of July, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE CASTEL**

-----------------------------------------------------------X
DO DENIM , LLC,

                                     Plaintiff,    **SUMMONS IN A CIVIL ACTION**

            -against-

                                                  Case Number:

E.K. Denim Group Inc.,

                                   Defendant.

**'08 CIV 6518**

-----------------------------------------------------------X

**SIRS:**

        **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon:

        Plaintiff's Attorneys: ROBINSON BROG LEINWAND GREENE
                                       GENOVESE & GLUCK, P.C.
                                       Robert A. Schachter
                                       1345 Avenue of the Americas
                                       31st Floor
                                       New York, NY 10105
                                       Tel: 212.603.6300
                                       Fax: 212.956.2164

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

                                                                                   JUL 22 2008

Clerk                                                 Date
**J. MICHAEL McMAHON**

By Deputy Clerk

{00395456.DOC;1}